# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00129-CV

**Divina De Guzman Roche Fox, Appellant**

**v.**

**Kenneth Fox, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-13-005135, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Divina De Guzman Roche Fox filed a notice of appeal on February 24, 2015. On June 5, 2015, the Clerk of this Court sent a letter notifying appellant that the clerk's record was overdue and requesting that she make payment arrangements for the clerk's record and submit a status report regarding this appeal. The overdue-record notice also informed appellant that failure to make payment arrangements or respond to the Court's notice by June 15, 2015, could subject this appeal to dismissal for want of prosecution.

To date, appellant has not responded to the notice, the clerk's record in this cause has not been filed, and the district clerk has not received any payment. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   July 9, 2015

2